■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOREEN A. LAFURNO, Appellant. [778 NYS2d 316]—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered October 8, 2002, convicting her of criminal possession of a controlled substance in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that her plea was not knowingly, voluntarily, and intelligently made as a consequence of being denied effective assistance of counsel is belied by her acknowledgment at the plea proceeding that she was satisfied with the representation of her attorney (*see People v Weekes*, 289 AD2d 599 [2001]).

Since the defendant executed a valid waiver of her right to appeal (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]), she is precluded from challenging her sentence as excessive. Santucci, J.P., H. Miller, Luciano, Crane and Spolzino, JJ., concur.